1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Stephen_Demik@fd.org

5 Attorneys for Mr. Reyes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ8301 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| HERIBERTO REYES, | ) | |
| Defendant. | ) | |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                                                Respectfully submitted,

Dated: April 9, 2008                      /s/ *STEPHEN D. DEMIK*
                                                Federal Defenders of San Diego, Inc.
                                               Attorneys for Defendant
                                               Stephen_Demik@fd.org

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Counsel for Defendant certifies that the foregoing is true and accurate to the best |
| 3 | information and belief, and that a copy of the foregoing document has been caused to be delivered this day |
| 4 | upon: |
| 5 | Courtesy Copy to Chambers |
| 6 | Copy to Assistant U.S. Attorney via ECF NEF |
| 7 | Copy to Defendant |

Dated: April 9, 2008        /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)