```
FILED
MAY -1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1409-L |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| HERIBERTO HERRERA REYES, | ) cocaine (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about April 5, 2008, within the Southern District of California, defendant HERIBERTO HERRERA REYES, did knowingly and intentionally import [5 kilograms or more, to wit:] approximately 32.90 kilograms (72.38 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 1, 2008 .

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
5/1/08